AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |

CYTIE ANTONIO MORGAN

**SUMMONS IN A CIVIL ACTION**

V.

Local Union #417, International Association of
Bridge Structural and Reinforcing Ironworkers

CASE NUMBER:

# 07 CIV. 6229

## JUDGE CONNER

TO: (Name and address of Defendant)

Local Union #417, International Association of Bridge, Structural and
Reinforcing Ironworkers
583 Route 32
Wallkill, New York 12589

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

SUSSMAN & WATKINS
Attorneys for Plaintiff
40 Park Place
P.O. Box 1005
Goshen, New York 10924
(845) 294-3991

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

JUL - 5 2007

CLERK                                              DATE

(By) DEPUTY CLERK