**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
CYTIE ANTONIO MORGAN,

      Plaintiff,

    v.

LOCAL UNION #417, INTERNATIONAL
ASSOCIATION OF BRIDGE, STRUCTURAL AND
REINFORCING IRONWORKERS,

      Defendant.
---------------------------------------------------------X

Civil Action No.:
07 Civ. 6229 (WCC)(GAY)

ECF CASE

STIPULATION

  IT IS HEREBY STIPULATED that the time for the Defendant LOCAL UNION #417, INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL AND REINFORCING IRONWORKERS to appear and to answer, amend or supplement the answer as of course or to make any motion with relation to the summons or to the complaint in this action, be and the same hereby is extended to and including the 14th day of September, 2007.

Dated: Garden City, New York
   August 17, 2007

SUSSMAN & WATKINS

Attorneys for Plaintiff

By: _____
MICHAEL H. SUSSMAN (3497)
40 Park Place
P.O. Box 1005
Goshen, New York
(845) 294-3991

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

COLLERAN, O'HARA & MILLS L.L.P.

Attorneys for Defendant

By: _____
ERIN O. DOHERTY (ED 8455)
1225 Franklin Avenue, Suite 450
Garden City, NY 11530
(516) 248-5757

SO ORDERED.
Dated: White Plains, NY
   August 29, 2007

_____
WILLIAM C. CONNER, Senior U.S.D.J.

COPIES MAILED TO COUNSEL OF RECORD for Π
+ MAILED TO Δ COUNSEL