UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Plaintiff**    CYTIE ANTONIO  MORGAN

-v-

LOCAL UNION #417, INTERNATIONAL
ASSOCIATION OF BRIDGE, STRUCTURAL AND
REINFORCING IRON WORKERS,
**Defendant**

Case No.    07-Civ-6229

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for _____Defendant_____ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

Date:    September 14, 2007

Signature of Attorney

**Attorney Bar Code:**    DAE7796

Form Rule7_1.pdf