UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CYTIE ANTONIO MORGAN,                    : Civil Action No.:
                                         : 07 Civ. 6229 (WCC)(GAY)
           Plaintiff,            :
                                         :
    v.                                 :
                                         :
LOCAL UNION #417, INTERNATIONAL          : **ANSWER**
ASSOCIATION OF BRIDGE, STRUCTURAL AND    :
REINFORCING IRONWORKERS,                 :
                                         :
                                         :
           Defendant.            :
------------------------------------------------------------------X

       Defendant, LOCAL UNION #417, INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL AND REINFORCING IRONWORKERS, by its attorneys, Colleran, O'Hara & Mills L.L.P., hereby ANSWERS the allegations of the Complaint as follows:

       1.     Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph numbered "1" of the Complaint.

       2.     Admits the allegations contained in Paragraph numbered "2" of the Complaint.

       3.     Denies the allegations contained in Paragraph numbered "3" of the Complaint and refer all questions of law to the Honorable Court.

       4.     Admits that Plaintiff commenced indenture as an Ironworker Apprentice having signed an Agreement with the Ironworkers Joint Apprenticeship and Training Committee and denies all other allegations contained in Paragraph numbered "4" of the Complaint.

5. Admits the allegations contained in Paragraphs numbered "5", "6", and "7" of the Complaint, except that there were eleven (11) apprentices in Morgan's class and he was not the only non-white person in the class.

6. Denies the allegations contained in Paragraphs numbered "8", "9", "10", "11", "12", "13", "14", "15" and "16" of the Complaint.

7. Denies the allegations contained in Paragraph numbered "17" of the Complaint and refer all questions of law to the Honorable Court.

8. Denies any knowledge or information sufficient to form a belief as to the allegations contained in Paragraph numbered "18" of the Complaint.

9. Defendant repeats and reiterates each and every allegation contained in Paragraphs numbered "1" through "18" of the Complaint as though fully set forth at length herein.

10. Denies the allegations contained in Paragraphs numbered "20" and "21" of the Complaint and refer all questions of law to the Honorable Court.

### AS AND FOR A FIRST AFFIRMATIVE DEFENSE

11. Defendant repeats and reiterates each and every allegation contained in Paragraphs numbered "1" through "11" of the within Answer as though fully set forth at length herein.

12. Plaintiff's complaint fails to state a cause of action against this answering defendant.

## AS AND FOR A SECOND AFFIRMATIVE DEFENSE

13. Defendant repeats and reiterates each and every allegation contained in Paragraphs numbered "1" through "13" of the within Answer as though fully set forth at length herein.

14. Plaintiff has failed to exhaust his internal administrative remedies and/or other avenues of appeal.

## AS AND FOR A THIRD AFFIRMATIVE DEFENSE

15. Defendant repeats and reiterates each and every allegation contained in Paragraphs numbered "1" through "15" of the within Answer as though fully set forth at length herein.

16. Plaintiff's purported Supplemental State Claim should be dismissed for lack of subject matter jurisdiction.

## AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

17. Defendant repeats and reiterates each and every allegation contained in Paragraphs numbered "1" through "17" of the within Answer as though fully set forth at length herein.

18. Plaintiff was terminated from the Apprentice Program, upon information and belief, for violating the terms of the above mentioned Apprentice Agreement, to wit, excessive absences from class, non-attendance at Union meetings, poor job performance reports from Employers.

19. Plaintiff acknowledged that his absences from class were excessive by signing a document in the form of a written warning issued, upon information and belief, from the Joint Apprenticeship Committee Chairman, Matthew Gyida.

**WHEREFORE**, Defendant demands that the Plaintiff's Complaint be DISMISSED in its entirety, and for such other and further relief as to the Court deems just, proper and equitable, including without limitation, attorneys' fees and the costs associated with defending this action.

Dated: Garden City, NY
September 14, 2007

                              COLLERAN, O'HARA & MILLS L.L.P.

                              By: _____
                                  DENIS A. ENGEL
                                  Attorney for Defendants
                                  LOCAL UNION #417, INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL AND REINFORCING IRONWORKERS
                                  1225 Franklin Avenue, Suite 450
                                  Garden City, New York 11530
                                  (516) 248-5757

TO:    SUSSMAN & WATKINS
           MICHAEL SUSSMAN, ESQ.
           40 Park Place
           PO Box 1005
           Goshen, New York 10924
           (845) 294-3991