ORIGINAL  **MEMO ENDORSED**

# SUSSMAN & WATKINS
*- Attorneys at Law -*

| MICHAEL H. SUSSMAN<br>CHRISTOPHER D. WATKINS | 40 PARK PLACE, P.O. BOX 1005<br>GOSHEN, NEW YORK 10924<br><br>(845) 294-3991<br>Fax: (845) 294-1623<br>sussman1@frontiernet.net | LEGAL ASSISTANTS<br>GEORGE FIGUEROA<br>VIRGINIA ESPOSITO<br><br>SECRETARY<br>PAMELA PYLANT |
|---|---|---|

VIA FACSIMILE (914-390-4170)

July 28, 2008

Hon. William C. Conner
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Re: Morgan v. Local # 417, Intl. Assn. of Bridge, Structural and Reinforcing Ironworkers; 07 Civ. 6229 (WCC)

Dear Judge Conner:

We represent plaintiff in this case. After conferring with defendant's counsel, and with consent of same, I write to respectfully request that the summary judgment briefing schedule be adjourned to allow for completion of paper discovery. We completed defendant depositions last week, but have a discovery dispute which we will attempt to resolve between counsel and, if not fully successful, with the Court's intervention if necessary.

We believe that the following revised briefing schedule should allow adequate time to resolve the outstanding discovery issues:

| | |
|---|---|
| **Defendant's Moving Papers:** | Oct. 17, 2008 |
| **Plaintiff's Opposition:** | Nov. 7, 2008 |
| **Defendant's Reply:** | November 21, 2008 |

Thank you for Your Honor's consideration of this request.

Respectfully submitted,

Christopher D. Watkins

cc: Denis A. Engel, Esq. (Via Fax @ 516-742-1765)

Request GRANTED.
So Ordered.
Dated: White Plains, NY
July 30, 2008

William C. Conner
WILLIAM C. CONNER, Senior U.S.D.J.